DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL JAMES RAULERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-429

[September 1, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 2017000225CFAXMX.

Carey Haughwout, Public Defender, and Benjamin Eisenberg and Karen E. Ehrlich, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***